**Carl Wayne MARCOM, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 37905.**

Court of Criminal Appeals of Texas.

March 3, 1965.

No attorney for appellant on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

This is an appeal from an order revoking probation following a conviction for the offense of burglary, with punishment assessed at four years in the penitentiary.

The state moves to dismiss the appeal because no sentence appears in the record.

In the absence of a sentence, this court is without jurisdiction to entertain the appeal. Downs v. State, 169 Tex.Cr.R. 635, 336 S.W.2d 746.

The appeal is dismissed.

Opinion approved by the court.